IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM CARL HURST, SR., | ) | CASE NO. 4:04 cv 3364 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GARRY REIBER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Parties' Joint Motion (Filing No. 42), the Court orders that a telephonic progression conference is scheduled for **July 18, 2005 at 9:30 a.m.** so that the "Court Order Setting Schedule for Initial Progression of a Civil Case" (Filing No. 30) may be amended.

Defense counsel shall initiate the call to the court at 402-661-7340.

SO ORDERED this 8th day of July, 2005.

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      United States Magistrate Judge