IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM CARL HURST, SR.,**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | **4:04cv3364** |
| vs.     ) | |
| ) | **ORDER** |
| **JOHN KNAPPLE, et al.,**     ) | |
| ) | |
| **Defendant.**     ) | |

This matter came before the court for a Rule 16 planning conference, held telephonically on July 18, 2005. Bassel El Kasaby represented the plaintiff and Randall L. Goyette represented the defendants. Following review of pending motions and progression status,

**IT IS ORDERED:**

1. Regarding plaintiff's Motion to Substitute Party (#39), the defendants are given five (5) days from the date of this order to file their brief, and plaintiff is given five (5) days to file his response.

2. The parties shall, on or before July 29, 2005, file a joint proposal to amend the Initial Scheduling Order (#30).

3. A jury trial before the Honorable Richard G. Kopf is tentatively set for February 2006 in North Platte, Nebraska.

Dated this 18th day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge