IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM CARL HURST, SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3364 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JOHN KNAPPLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 35, the Motion for Reconsideration filed pro se, by the plaintiff, William Carl Hurst, Sr., before he retained an attorney to represent him in this matter. In filing no. 35, the plaintiff expresses dissatisfaction with filing no. 29, my Memorandum and Order of June 1, 2005, denying the plaintiff leave to file a second amended complaint. The plaintiff's Motion for Reconsideration does not raise facts or legal arguments which would cause me to reconsider the previous Memorandum and Order entered in this matter. Accordingly, filing no. 35, the plaintiff's Motion for Reconsideration, is denied.

SO ORDERED.

November 1, 2005.   BY THE COURT:

/s *Richard G. Kopf*
United States District Judge