### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM CARL HURST, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04cv3364 |
| vs. ) | |
| ) | AMENDMENT TO AMENDED |
| GARRY REIBER, et al., ) | PROGRESSION ORDER |
| ) | |
| Defendant. ) | |

This matter came before the court on the parties' oral motion for a status conference. Appearing telephonically were Bassel F. El-Kasaby for the plaintiff and Randall L. Goyette for the defendants. After reviewing the progression of the case, the following deadlines in the court's Amended Order Setting Schedule for Progression of Case (#49) are amended, as follows:

**IT IS ORDERED:**

1. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **March 15, 2006.** All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date.

2. **Motions for Summary Judgment.** All motions for summary judgment shall be filed by **April 14, 2006.**

Dated this 12th day of January 2006.

                                          BY THE COURT:

                                          S/ F. A. Gossett
                                          United States Magistrate Judge