## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM CARL HURST, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:04cv3364** |
| | ) | |
| **vs.** | ) | **ORDER SETTING** |
| | ) | **CONFERENCE FOR FINAL** |
| **JOHN KNAPPLE, et al.,** | ) | **PROGRESSION OF CASE** |
| | ) | |
| **Defendants.** | ) | |

This case was filed on November 29, 2004, by a prisoner in a state or local corrections facility. All parties are represented by counsel. The deposition and dispositive motions deadline (extended) have now expired, and it is time to schedule the case for trial.[1]

**IT IS ORDERED:**

**Planning Conference.** A conference with the undersigned magistrate judge will be held on **Friday, April 28, 2006,** at **9:00 a.m.** in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **If they prefer, counsel may contact chambers in advance, at 402-661-7340, to arrange to hold the conference by telephone.**

**DATED April 18, 2006.**

                     **BY THE COURT:**

                     **s/ F.A. Gossett**
                     **United States Magistrate Judge**

---

[1]Pursuant to filing no. 17, the trial is anticipated to be held in North Platte.