IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM CARL HURST, SR., | ) | CASE NO. 4:04-cv-3364 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| GARY REIBER, Sheriff, Dawson County Jail; LIEUTENANT BOTTS, Lieutenant, Dawson County Jail: CRYSTAL WILLIAMS, Medical Department, Dawson County Jail; INVESTIGATOR SWARTZ, Dawson County Jail Investigator, | ) ) ) ) ) | |
| | | |
| Defendants. | | |

This matter is before the court upon the Stipulation and Joint Motion of the parties for dismissal. (Filing 62.) Upon consideration of said stipulation and joint motion, the court finds that the Order should be entered accordingly.

IT IS THEREFORE ORDERED that the Plaintiff's Complaint and all claims for relief stated therein against all Defendants be, and is hereby dismissed with prejudice, attorney docket fee waived, and with costs taxed to the parties incurring the same.

Dated this 19th day of May, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge